STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8048   AND FILED ON   9/14/2007

DIANA R. SAYEGH, ET AL
                        Vs.
PHILIP AMICONE, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK     )
                       ) SS
COUNTY OF WESTCHESTER  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: PHILIP AMICONE, MAYOR                    (herein called recipient)
At Location: CITY OF YONEKRS                            therein named.
             CITY HALL, 40 SOUTH BROADWAY
             YONKERS NY 10701

By delivering to and leaving with NICOLE GRECO, CLERK a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

_Gail Williams_
GAIL WILLIAMS
NOTARY PUBLIC

John Axelrod

Server's License#:

2010

STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.8048 AND FILED ON 9/14/2007

DIANA R. SAYEGH, ET AL Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
              ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On 9/26/2007 at 10:25AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: EDMUND HARTNETT, POLICE COMMISSIONER (herein called recipient) therein named.
At Location: 100 SOUTH BROADWAY

YONKERS NY 10701

By delivering to and leaving with SGT. GELESKI a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/26/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex _M_ Color of Skin _WH_ Color of Hair _BALD_
Age _45/50_ Height _5'9"_ Weight _170_
Other Features _MOUSTACHE_

Sworn to before me on the 9/26/2007

_(signature)_ GAIL WILLIAMS
Notary Public, State of New York

John Axelrod

Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8048    AND FILED ON    9/14/2007

DIANA R. SAYEGH, ET AL                                             Plaintiff(s)/Petitioner(s)
                                    Vs.
PHILIP AMICONE, INDIVIDUALLY, ET AL                                Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: JOHN A. LISZEWSKI, PUBLIC WORKS COMMISSIONER    (herein called recipient) therein named.
At Location: 40 SOUTH BROADWAY

YONKERS NY 10701

By delivering to and leaving with NICOLE GRECO, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

_____                    _____
                                              John Axelrod
                                              Server's License#:

2010

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.8048        AND FILED ON        9/14/2007

DIANA R. SAYEGH, ET AL

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK        )
                          ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: JOHN FLEMING
At Location: CITY OF YONKERS
CITY HALL, 40 SOUTH BROADWAY
YONKERS NY 10701

(herein called recipient) therein named.

By delivering to and leaving with NICOLE GRECO, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

_[signature]_

John Axelrod

Server's License#:

2010

STATE OF NEW YORK       UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8048       AND FILED ON       9/14/2007

DIANA R. SAYEGH, ET AL

Vs.                                                                Plaintiff(s)/Petitioner(s)

PHILIP AMICONE, INDIVIDUALLY, ET AL                                Defendant(s)/Respondent(s)

STATE OF: NEW YORK           )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served: SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES
Party Served: DAVID SIMPSON                                        (herein called recipient)
At Location: CITY OF YONKERS                                       therein named.
             CITY HALL, 40 SOUTH BROADWAY
             YONKERS NY 10701

By delivering to and leaving with NICOLE GRECO, CLERK a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

John Axelrod

Server's License#:

2010

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8048    AND FILED ON    9/14/2007

DIANA R. SAYEGH, ET AL                                          Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL                              Defendant(s)/Respondent(s)

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: LAWRENCE A. PORCARI, JR., CORPORATION COUNSEL     (herein called recipient) therein named.
At Location: CITY OF YONKERS
             40 SOUTH BROADWAY
             YONKERS NY 10701

By delivering to and leaving with NICOLE GRECO, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business  [ ] dwelling house (usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

_____          John Axelrod

                                   Server's License#:

2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8048  AND FILED ON  9/14/2007

DIANA R. SAYEGH, ET AL

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK                    )
                                      ) SS
COUNTY OF WESTCHESTER                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served:  SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served:    CITY OF YONKERS, NEW YORK                         (herein called recipient)
At Location:     CITY HALL                                          therein named.
                 40 SOUTH BROADWAY
                 YONKERS NY 10701

By delivering to and leaving with NICOLE GRECO and that deponent knew the person so served to be the CLERK of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: BLACK
Age: 24/34  Height: 5'6"
Weight: 130   Other Features:

Sworn to before me on 9/25/2007

_____                    _____
                                              John Axelrod
                                              Server's License#:

2010

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8048    AND FILED ON    9/14/2007

DIANA R. SAYEGH, ET AL

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK   )
                     ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: PAUL WOOD    (herein called recipient) therein named.
At Location: C/O CITY OF YONKERS CORPORATION COUNSEL
40 SOUTH BROADWAY
YONKERS NY 10701

By delivering to and leaving with NICOLE GRECO, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

John Axelrod

Server's License#:

20/0

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8048    AND FILED ON    9/14/2007

DIANA R. SAYEGH, ET AL

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK        )
                          SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: POLICE OFFICERS JOHN DOES 1 TO 20           (herein called recipient)
At Location: C/O CITY OF YONKERS CORPORATION COUNSEL     therein named.
             40 SOUTH BROADWAY
             YONKERS NY 10701

By delivering to and leaving with NICOLE GRECO, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

_____                    _____
                                             John Axelrod

                                             Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.8048  AND FILED ON  9/14/2007

DIANA R. SAYEGH, ET AL

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK  )
                         ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: SANITATION WORKERS #1 TO #20    (herein called recipient) therein named.
At Location: 40 SOUTH BROADWAY

YONKERS NY 10701

By delivering to and leaving with NICOLE GRECO, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

_Dasp William_

John Axelrod

Server's License#:

20/0