STATE OF NEW YORK         UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8048         AND FILED ON         9/14/2007

DIANA R. SAYEGH, ET AL
                              Vs.
PHILIP AMICONE, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)
Defendant(s)/Respondent(s)

STATE OF: NEW YORK           )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: PHILIP AMICONE, MAYOR                       (herein called recipient)
At Location: CITY OF YONEKRS                              therein named.
             CITY HALL, 40 SOUTH BROADWAY
             YONKERS NY 10701

By delivering to and leaving with NICOLE GRECO, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

_Gail Williams_ (signature)
GAIL WILLIAMS
NOTARY PUBLIC

_John Axelrod_ (signature)
John Axelrod
Server's License#:

2010

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8048    AND FILED ON    9/14/2007

DIANA R. SAYEGH, ET AL                                              Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL                                 Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                           ) SS
COUNTY OF WESTCHESTER      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/26/2007 at 10:25AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: EDMUND HARTNETT, POLICE COMMISSIONER       (herein called recipient)
At Location: 100 SOUTH BROADWAY                          therein named.

YONKERS NY 10701

By delivering to and leaving with SGT. GELESKI a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/26/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M   Color of Skin WH   Color of Hair BALD
Age 45/50   Height 5'9"   Weight 170
Other Features          MOUSTACHE

Sworn to before me on the 9/26/2007

_____          _____
GAIL WILLIAMS                             John Axelrod
Notary Public, State of New York          Server's License#:

STATE OF NEW YORK      UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8048    AND FILED ON    9/14/2007

DIANA R. SAYEGH, ET AL     Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL     Defendant(s)/Respondent(s)

STATE OF: NEW YORK             )
                                        SS
COUNTY OF WESTCHESTER    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: JOHN A. LISZEWSKI, PUBLIC WORKS COMMISSIONER (herein called recipient) therein named.
At Location: 40 SOUTH BROADWAY

YONKERS NY 10701

By delivering to and leaving with NICOLE GRECO, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

_____           _____
                                           John Axelrod

                                           Server's License#:

2010

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.8048          AND FILED ON          9/14/2007

DIANA R. SAYEGH, ET AL

Vs.                                                                                    Plaintiff(s)/Petitioner(s)

PHILIP AMICONE, INDIVIDUALLY, ET AL                                                     Defendant(s)/Respondent(s)

STATE OF: NEW YORK              )
                                ) SS
COUNTY OF WESTCHESTER           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: JOHN FLEMING                                          (herein called recipient)
At Location: CITY OF YONKERS                                        therein named.
             CITY HALL, 40 SOUTH BROADWAY
             YONKERS NY 10701

By delivering to and leaving with NICOLE GRECO, CLERK a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

_____                    _____
                                              John Axelrod

                                              Server's License#:

2010

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8048   AND FILED ON   9/14/2007

DIANA R. SAYEGH, ET AL                                          Plaintiff(s)/Petitioner(s)
                            Vs.
PHILIP AMICONE, INDIVIDUALLY, ET AL                             Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served: SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES
Party Served: DAVID SIMPSON                              (herein called recipient)
At Location: CITY OF YONKERS                             therein named.
             CITY HALL, 40 SOUTH BROADWAY
             YONKERS NY 10701

By delivering to and leaving with NICOLE GRECO, CLERK a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

John Axelrod

Server's License#:

2010

STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.8048     AND FILED ON     9/14/2007

DIANA R. SAYEGH, ET AL

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
COUNTY OF WESTCHESTER ) SS
)

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: LAWRENCE A. PORCARI, JR., CORPORATION COUNSEL     (herein called recipient) therein named.
At Location: CITY OF YONKERS
40 SOUTH BROADWAY
YONKERS NY 10701

By delivering to and leaving with NICOLE GRECO, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

John Axelrod

Server's License#:

2010

STATE OF NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8048         AND FILED ON        9/14/2007

DIANA R. SAYEGH, ET AL                                                          Plaintiff(s)/Petitioner(s)

                                      Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL                                             Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                                              )
                                                                                ) SS
COUNTY OF WESTCHESTER                                                           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __9/24/2007__ at __2:44PM__, deponent did serve the within process as follows:

Process Served:
Party Served:    SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
                 CITY OF YONKERS, NEW YORK                              (herein called recipient)
At Location:                                                            therein named.
                 CITY HALL
                 40 SOUTH BROADWAY
                 YONKERS NY 10701

By delivering to and leaving with __NICOLE GRECO__ and that deponent knew the person

so served to be the __CLERK__

of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM        Color of Skin WH        Color of Hair BLACK
Age 24/34     Height 5'6"
Weight 130    Other Features

Sworn to before me on   9/25/2007
_____                    _____
                                                   John Axelrod
                                                   Server's License#:

2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8048    AND FILED ON    9/14/2007

DIANA R. SAYEGH, ET AL

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)
Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
                      ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: PAUL WOOD    (herein called recipient) therein named.
At Location: C/O CITY OF YONKERS CORPORATION COUNSEL
             40 SOUTH BROADWAY
             YONKERS NY 10701

By delivering to and leaving with NICOLE GRECO, CLERK a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

John Axelrod

Server's License#:

20/0

STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8048     AND FILED ON     9/14/2007

DIANA R. SAYEGH, ET AL

Vs.     Plaintiff(s)/Petitioner(s)

PHILIP AMICONE, INDIVIDUALLY, ET AL     Defendant(s)/Respondent(s)

STATE OF: NEW YORK                    )
                                       SS
COUNTY OF WESTCHESTER                  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served:   SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served:     POLICE OFFICERS JOHN DOES 1 TO 20     (herein called recipient) therein named.
At Location:      C/O CITY OF YONKERS CORPORATION COUNSEL
                  40 SOUTH BROADWAY
                  YONKERS NY 10701

By delivering to and leaving with NICOLE GRECO, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

_____          _____
                                   John Axelrod

                                   Server's License#:

STATE OF NEW YORK         UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.8048    AND FILED ON    9/14/2007

DIANA R. SAYEGH, ET AL                                         Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL                            Defendant(s)/Respondent(s)

STATE OF: NEW YORK                    )
                                      ) SS
COUNTY OF WESTCHESTER                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served:   SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served:     SANITATION WORKERS #1 TO #20                              (herein called recipient)
At Location:      40 SOUTH BROADWAY                                         therein named.
                  YONKERS NY 10701

By delivering to and leaving with NICOLE GRECO, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

_____                    _____
                                             John Axelrod

                                             Server's License#:

2010