THACHER PROFFITT & WOOD LLP
50 Main Street
White Plains, New York 10606
Kevin J. Plunkett
Darius P. Chafizadeh
Andrew B. Zinman
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIANA R. SAYEGH, ANTHONY MATIAS, MARLENE HESLOP, ISSA THALGY, JACQUELINE THALGY, KRISHENDAY MARJAH, WENDY RAM, TEELUCK RAM, MARY BOSTWICK, TINA BOSTWICK, ANTON LUKAJ, MICHAEL MATIAS, AMAYRA PEREZ, JASON K. RAMPERSAD, Jr., an infant by his mother and best friend KRISHENDAYE MARJAH and DELFIM HEUSLER,<br><br>Plaintiffs,<br><br>-against-<br><br>PHILIP AMICONE, individually, EDMUND HARTNETT, individually, JOHN A. LISZEWSKI, individually, JOHN FLEMING, individually, DAVID SIMPSON, individually, LAWRENCE A. PORCARI, Jr., CITY OF YONKERS, New York, PAUL WOOD, individually, POLICE OFFICERS JOHN DOES #1 to #20, individually, and SANITATION WORKERS #1 to #20, individually,<br><br>Defendants. | ECF Case<br><br>07 Civ. 8048 (CLB)<br><br>**NOTICE OF**<br>**MOTION TO DISMISS** |

**PLEASE TAKE NOTICE**, that upon the Declaration of Andrew B. Zinman dated October 15, 2007, the Declaration of Andrew B Zinman and Memorandum of Law both dated September 26, 2007, and all other papers filed in this proceeding, Defendant Lawrence A. Porcari, Jr. ("Porcari") will move before Honorable Charles L. Brieant, United States District Court, Southern District of New York, 300 Quarropas Street, White Plains, New York, on November 9, 2007 at 10 a.m. or as soon thereafter as counsel can be heard, for an order

- 2 -

dismissing Plaintiffs' Complaint dated September 10, 2007 (the "Complaint") as and against Porcari pursuant to Federal Rule of Civil Procedure 12(b)(6) upon the ground that the Complaint fails to state a cause of action upon which relief can be granted because Porcari is entitled to absolute and/or qualified immunity.

Dated: White Plains, New York
October 15 2007

                          THACHER PROFFITT & WOOD LLP
                          *Attorneys for Defendants*

                          By:    s/Kevin J. Plunkett
                                  Kevin J. Plunkett
                                  Andrew B. Zinman
                                  50 Main Street
                                  White Plains, New York 10606
                                  (914) 421-4100

TO:

    Lovett & Gould, LLP
    222 Bloomingdale Road
    White Plains, New York 10605
    (914) 428-8401