UNITED STATES DISTRICT COURT　　　　　　　　　　　　Rev. January 2006
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SELIM ZHERKA,

　　　　　　　　　　　　　　　　　　　　　　　　CIVIL CASE DISCOVERY PLAN
　　　　　　　　　　　Plaintiff(s),　　　　　　　　AND SCHEDULING ORDER

　　　- against -

PHILLIP AMICONE, individually and　　　　　　　　07 Civ.9618 (CLB)**
PHILLIP AMICONE in his capacity as
Mayor of the City of Yonkers, New York,


　　　　　　　　　　　Defendant(s).
-------------------------------------------------------------------x

　　This Court requires that this case shall be <u>ready for trial</u> on or after Jan. 9, 2009

　　The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel for the parties, pursuant to Rules 26(f) and 16 of the Federal Rules of Civil Procedure.

The case (is) ~~(is not)~~ to be tried to a jury.

Joinder of additional parties must be accomplished by　　June 1, 2008　　.

Amended pleadings may be filed until　　June 1, 2008　　.

**Discovery:**

1. Interrogatories are to be served by all counsel no later than　　June 15, 2008　　, and responses to such interrogatories shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 ~~(shall)~~ (shall not) apply to this case.

2. First request for production of documents, if any, to be served no later than　June 15, 2008

3. Depositions to be completed by　　December 1, 2008　　.

　　a.　Unless counsel agree otherwise or the Court so orders, depositions are not to be held until all parties have responded to any first requests for production of documents.
　　b.　Depositions shall proceed concurrently.
　　c.　Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.
　　d.　If the defense of qualified immunity from suit as a matter of law has been or will be asserted by any defendant(s) with respect to any claim(s) in the case, counsel for any such defendant(s) shall, within thirty (30) days of this order depose plaintiff(s) at least concerning all facts relevant to the issue of qualified immunity. Within thirty (30) days thereafter defendant(s) shall serve consistent with Local

** <u>Dzikovic v Amicone</u>, 07 Civ 7692 (CLB)　　<u>Gonzalez v. Amicone</u>, 07 Civ 7600 (CLB)
　<u>Ayala v. Amicone</u>, 07 Civ 7080 (CLB)　　　<u>Guevara v. Amicone</u>, 07 Civ 6941 (CLB)
　<u>Kllapija v. Amicone</u>, 07 Civ 7597 (CLB)　　<u>Lukaj v. Amicone</u>, 07 Civ 8184 (CLB)
　<u>Sayegh v. Amicone</u>, 07 Civ 8048 (CLB)　　　<u>Smith v. Amicone</u>, 07 Civ 6946 (CLB)
　<u>Zherka v Bogdanos, et al.</u> 08 Civ 2062 (CLB)　<u>Blassberg v. Amicone</u>, 08 Civ 1506 (CLB)

      Rule 6.1 and file a motion under Rule 12(c) or Rule 56, returnable on a date posted in the New York Law Journal by Judge Brieant for hearing motions. The motion shall, in the absence of agreement of counsel, be limited to the issue of qualified immunity, and plaintiff(s) version of the events shall be assumed true for purposes of the motion. **Failure to comply with this provision of this Order shall operate as a waiver of the opportunity to resolve the issue of qualified immunity by motion prior to trial.**

4. Any further interrogatories, including expert interrogatories, to be served no later than __December 1, 2008__.

5. Requests to Admit, if any to be served no later than __December 1, 2008__.

6. Additional provisions relating to discovery agreed upon by counsel for the parties ~~(are)~~ (are not) attached and made a part hereof.

7. All discovery is to be complete by __December 31, 2008__.

    Dispositive motions, if any, must be served on notice as required by Local Civil Rule 6.1, and must be returnable before the Court on a published motion day, no later than three weeks before the ready for trial date.

    Next Case Management Conference __January 9, 2009 9:00__.
(This date will be set by the Court at the first conference)

    Joint Pretrial Order is required only if counsel for all parties agree that it is desirable, or the Court so orders.

    This case has been designated to the Hon. Mark D. Fox, United States Magistrate Judge at White Plains for discovery disputes if the Court is "unavailable" and for trial under 28 U.S.C. § 636(c) if counsel execute their consent in writing.

    Strict compliance with the trial readiness date will be required. This Plan and Order may not be changed without leave of the Court or the assigned Magistrate Judge acting under a specific reference order.

    Upon signing a Consent for Trial Before a United States Magistrate Judge, the Magistrate Judge will establish an agreed date certain for trial and will amend this Plan and Order to provide for trial readiness consistent with that agreed date.

    SO ORDERED.

Dated: White Plains, New York

                                                                  Charles L. Brieant, U.S.D.J.

\*\* This scheduling order shall apply to all of the cases noted on the bottom of Page 1. The parties have not agreed at this time that there should be consolidation or joint trial of any of these cases.